IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CAROL TUCKER,

    Plaintiff,

vs.                                      CASE NO. 3:08cv238/RS-MD

ANN LEHR O'HERN,
GEICO Staff Counsel, et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 4). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Order and Report and Recommendation is approved and is incorporated in this Order.

2. This case is dismissed because of lack of jurisdiction.

3. The clerk is directed to close the file.

**ORDERED** on July 14, 2008.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**